**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Renee Eileen GEYER, aka Brenda
Renee Green, Defendant–
Appellant.**

**No. 06–10477.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 23, 2007.

Paul V. Rood, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tyrone Mitchell, Esq., Leonard, Clancy & McGovern, Phoenix, AZ, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Renee Eileen Geyer appeals from the 36–month sentence imposed after revocation of her supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. Because Geyer failed to object to her sentence, we review for plain error. *See United States v. Garcia,* 323 F.3d 1161, 1165 (9th Cir.2003). We review the ultimate sentence for reasonableness. *See United States v. Miqbel,* 444 F.3d 1173, 1176 & n. 5 (9th Cir.2006).

Geyer contends that the district court erred by sentencing her to an unreasonable and unfair term of imprisonment outside the Chapter 7 Guidelines, and by failing to consider the sentencing factors pursuant to 18 U.S.C. § 3553(a).

Although the court considered the Chapter 7 Guidelines and the § 3553 factors, *see United States v. George,* 184 F.3d 1119, 1122–23 (9th Cir.1999), the sentence was unreasonable in light of the underlying sentence, the Sentencing Guidelines, and the considerations in Geyer's record. *See United States v. Booker,* 543 U.S. 220, 261, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Counsel for appellant, Tyrone Mitchell, Esq., has filed a motion to withdraw as appointed counsel. The motion is denied without prejudice to renewal in the district court. Counsel Mitchell shall serve a copy

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of this memorandum disposition on appellant individually.

**VACATED and REMANDED.**

Judge FERNANDEZ dissents.

Considering Geyer's long criminal history and refusal to cooperate while on supervised release, I cannot say that the district court's decision was unreasonable.